# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Janelle Cristales and Marianna Carvajal, | NO. CV19-4950 PHX DGC |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Scion Group LLC, | |
| Defendant. | |

Pursuant to stipulation of dismissal with prejudice filed by the parties. Doc. 30.

**IT IS ORDERED** that the stipulation of dismissal with prejudice (Doc. 30) is **granted.** The claims of Plaintiffs Janelle Cristales and Marianna Carvajal and this action are dismissed with prejudice.

Dated this 2nd day of December, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge